IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**DAMIEN ALLEN NICKERSON**,

No. 3:16-cv-00806-SU

     Petitioner,

OPINION AND ORDER

v.

**RICHARD IVES**, Warden,

     Respondent.

**MOSMAN, J.**,

On November 22, 2016, Magistrate Judge Patricia Sullivan issued her Findings and Recommendation ("F&R") [7], recommending that Mr. Nickerson's Petition for Writ of Habeas Corpus [1] should be DENIED.  Mr. Nickerson objected to the F&R [10].

## DISCUSSION

The magistrate judge makes only recommendations to the court, to which any party may file written objections. The court is not bound by the recommendations of the magistrate judge, but retains responsibility for making the final determination. The court is generally required to make a de novo determination regarding those portions of the report or specified findings or recommendation as to which an objection is made. 28 U.S.C. § 636(b)(1)(C). However, the court is not required to review, de novo or under any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the F&R to which no objections are addressed.  *See*

1 – OPINION AND ORDER

*Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). While the level of scrutiny under which I am required to review the F&R depends on whether or not objections have been filed, in either case, I am free to accept, reject, or modify any part of the F&R. 28 U.S.C. § 636(b)(1)(C).

      Upon careful review, I agree with Judge Sullivan's recommendation and I ADOPT the F&R [7] as my own opinion.  The action is DISMISSED with prejudice.


      IT IS SO ORDERED.

      DATED this   24th   day of February, 2017.


/s/ Michael W. Mosman_____
MICHAEL W. MOSMAN
Chief United States District Judge